**Rudy STANKO, and similarly situated pre-trial detainees and prisoners, Appellant,**

v.

**Robert PATTON, individually and in his official capacity as Director of Douglas County Corrections, aka, Chief Deputy of Corrections (See Inmate Rules and Information Handbook); Barbara Glazer, individually and in her official capacity as Education and Recreation Coordinator; John Heatley, Chaplin, individually and in his official capacity as an Appointee and Chaplain at Douglas County Correctional Center; John Does 1x through 5x, individually and in their official capacity; John Hubbard, individually and in his official capacity as Captain and Acting Director of Douglas County Corrections, Appellees.**

**Rudy Stanko, individually and on behalf of similarly situated prisoners, Appellant,**

v.

**Unknown Sanchez, Sargent, Individually and in his Official Capacity as Supervisor; John Hubbard, Individually and in his Official Capacity as Acting Director; Barb Glazer, Individually and in her Official Capacity as Scheduling Supervisor; John Does 1x through 6x, Individually and in their Official Capacities, Appellees.**

No. 08–3121.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 22, 2009.

Filed: Dec. 29, 2009.

Rudolph George Stanko, White Deer, PA, pro se.

Pamela J. Dahlquist, Theresia M. Urich, Omaha, NE, Jennifer Ann Thompson, Law Office of Steffi A. Swanson, Bellevue, NE, for Appellees.

Before BYE, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

Rudy Stanko appeals from the District Court's[1] order granting defendants' motions for summary judgment in two civil rights actions that Stanko filed while he was confined as a pretrial detainee at the Douglas County Corrections Center in Omaha, Nebraska. Having reviewed the summary judgment decision de novo, *see Patel v. U.S. Bureau of Prisons*, 515 F.3d 807, 812 (8th Cir.2008), and having considered all of Stanko's arguments on appeal, we find no basis for reversal. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.